FILED
SUPERIOR COURT
OF GUAM

2023 JUL -3 PM 4: 55

CLERK OF COURT

BY: _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM,<br><br>vs.<br><br>JANETTE VELORIA ERMITA,<br><br>Defendant. | Case No. CM0333-22<br><br>**DECISION AND ORDER**<br>**(Motion to Dismiss)** |

This matter came before the Honorable John C. Terlaje on March 28, 2023, for a Motion Hearing on Janette Veloria Ermita's ("Defendant") Motion to Dismiss. Assistant Public Defender Earl Espiritu appeared for Defendant. Assistant Attorney Basil O'Mallan appeared for the People of Guam ("People'). The Court now issues the following decision and order **DENYING** Defendant's Motion to Dismiss.

On September 21, 2022, the Office of the Attorney General charged Defendant with the following: (1) Harassment (As a Petty Misdemeanor) under 9 GCA 61.20(c). Mag. Compl., Sept. 21, 2022. Defendant filed the instant motion, and the People filed a response. Both the Defendant and People argue the constitutionality of 9 GCA 61.20(a). The issue that the Court faces is that the Defendant was not charged under 9 GCA § 61.20(a) but rather 9 GCA § 61.20(c). Therefore, the court must deny Defendant's motion. Additionally, the Court admonishes the attorneys to refer to the charges before bringing frivolous motions.[1]

---

[1] This case is still part of Judge Alberto E. Tolentino's docket, and this Court defers to his decision on how to proceed.

## CONCLUSION AND ORDER

For the above reasons, the Court **DENIES** Defendant's Motion to Dismiss.

SO ORDERED, this ___3___ day of _____July_____ 2023.

_____
HONORABLE JOHN C. TERLAJE
Judge, Superior Court of Guam